■ Anthony Percoco, Appellant, v Thomas Gerber et al., Respondents. [685 NYS2d 647] —Appeal from an order of the Supreme Court (Donohue, J.), entered December 11, 1997 in Albany County, which, *inter alia,* granted defendants' motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice Mary O. Donohue.

Mikoll, J. P., Yesawich Jr., Spain, Carpinello and Graffeo, JJ., concur. Ordered that the order is affirmed, with costs.